Filed 4/21/15  P. v. Jefferson CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>     Plaintiff and Respondent,<br><br>     v.<br><br>DOMINICK JEFFERSON,<br><br>     Defendant and Appellant. | D066974<br><br><br><br>(Super. Ct. No. SCD251266) |

APPEAL from a judgment of the Superior Court of San Diego County, Timothy R. Walsh, Judge.  Affirmed.

John L. Staley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

As part of a plea agreement Dominick Jefferson entered a guilty plea to one count of receiving a stolen vehicle (Pen. Code,[1] § 496d).  Jefferson also admitted a prison prior

---

1      All further statutory references are to the Penal Code unless otherwise specified.

(§ 667.5, subd. (b)).  The parties also stipulated that Jefferson would receive a sentence of four years for the conviction to be served concurrently with another case.

The court sentenced Jefferson to three years for the receiving count and one year for the prison prior, for a total of four years.

Jefferson filed a timely notice of appeal and obtained a certificate of probable cause (§ 1237.5).

Appellate counsel has filed a brief pursuant *to People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), indicating he has been unable to identify any reasonably arguable issue for reversal on appeal.  Counsel asks this court to review the record for error as mandated by *Wende*.  We offered Jefferson the opportunity to file his own brief on appeal, however he has not responded.

Since this appeal is from a guilty plea and a stipulated sentence, we will not set forth the traditional statement of facts.

DISCUSSION

As we have noted, appellate counsel has not identified any reasonably arguable issues for reversal on appeal.  Counsel has not identified any possible, but not arguable issues as is ordinarily required by *Anders v. California* (1967) 386 U.S. 738.  However, we have reviewed the entire record as mandated by *Wende, supra*, 25 Cal.3d 436 and *Anders.*  We have not discovered any reasonably arguable issue for reversal on appeal.  Competent counsel has represented Jefferson on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, J.

WE CONCUR:

McCONNELL, P. J.

BENKE, J.